```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 10606
   RAYMOND BARTHOLOMEW
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-7463

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/13/2007 and was not confirmed.

     The case was converted to chapter 7 without confirmation 09/26/2007.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
CHASE HOME FINANCE LLC   CURRENT MORTG          .00         .00           .00
CHASE HOME FINANCE LLC   UNSECURED        NOT FILED         .00           .00
CAPITAL ONE              UNSECURED           897.72         .00           .00
CAPITAL ONE BANK         UNSECURED        NOT FILED         .00           .00
CFC DEFICIENCY RECOVERY  UNSECURED        NOT FILED         .00           .00
H AND F LAW              UNSECURED        NOT FILED         .00           .00
HSBC BANK USA            NOTICE ONLY      NOT FILED         .00           .00
CHASE HOME FINANCE LLC   MORTGAGE ARRE          .00         .00           .00
BENNIE W FERNANDEZ       DEBTOR ATTY            .00                       .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                           .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         --------------    --------------
TOTALS                        .00                     .00




              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 10606 RAYMOND BARTHOLOMEW
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE